**Electronically Filed
Intermediate Court of Appeals
29407
24-JAN-2011
03:24 PM**

NO. 29407

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


ELLEN J. O'PHELAN, Petitioner-Appellee,
v.
JEFF MEEK, and MARYLOU ASKREN,
Respondents-Appellants


APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH HILO DIVISION
(CIVIL NO. 3SS08-1-148)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1/])

The Summary Disposition Order, filed on December 28, 2010, is hereby corrected as follows:

1.  On page 1, in footnote 1:

a.  in the fourth line, the word "Judgment" should be replaced with the word "order" so that as corrected, the text reads: "August 11, 2008, order."

b.  in the seventh line, the word "the" should be inserted between the words "that" and "October" so that as corrected, the text reads: "it appears that the October 29, 2008, Order . . . ."

c.  in the eighth line, the name "Meeks" should be replaced with "Meek."

---

[1/] Nakamura, Chief Judge, Foley, and Fujise, JJ.

2. On page 2, in footnote 2, in the second line, the word "purpose" should be replaced with "purposes."

3. On page 6, in the first line in section B., the name "Askeren" should be replaced with "Askren."

4. On page 6, in the second line in section D, the word "violated" should be replaced with "violates."

5. On page 7, in the first line of footnote 3, the word "Rules" should be inserted between "DCRCP" and "59" so that as corrected, the text reads: "DCRCP Rules 59 and 60 . . . . ."

6. On page 7, in the second line of footnote 4, the word "Rule" should be replaced with "Rules" in both instances in which "Rule" appears so that as corrected, the text reads: "Rules of Civil Procedure (HRCP) Rules 59 and 60."

7. On page 9, in the fifth line, the word "were" should be replaced with "was."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, January 24, 2011.

FOR THE COURT:

Craig H. Nakamura

Chief Judge

2